# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

AMANDA BENT BOLT COMPANY,

    Plaintiff / Counter-Defendant,

v.

MACLEAN MAYNARD, LLC

    Defendant / Counter-Plaintiff.

Case No. 2:11-cv-0230

Hon. Edmund A. Sargus, Jr.

Magistrate Judge Abel

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

It is ordered that, pursuant to the stipulation of the parties, all of the claims asserted in this action are dismissed with prejudice and without costs, without taxing of costs or fees.

Pursuant to Fed. R. Civ. P. 54(b), this order constitutes a final judgment resolving all claims in their entirety.

Dated: 9-8-2011

Hon. Edmund A. Sargus, Jr.

**SO STIPULATED AND AGREED:**

s/ Douglas J. Suter with consent
Douglas J. Suter
Attorney for Plaintiff / Counter-Defendant
Hahn Loeser LLP
65 E. Broad Street, Suite 1400
Columbus, Ohio 43215
(614) 221-0240
duster@hahnlaw.com

s/ Daniel N. Sharkey
Daniel N. Sharkey
Attorney for Defendant / Counter-Plaintiff
Brooks Wilkins Sharkey & Turco PLLC
401 S. Old Woodward Avenue, Suite 460
Birmingham, MI 48009
(248) 971-1712
sharkey@bwst-law.com